IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THERESA TVRDY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3204 |
| | ) | |
| V. | ) | |
| | ) | |
| HABERFELD DIRECT, INC., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff's motion to amend her complaint is pending. Her proposed amended complaint adds new claims for recovery. The parties' report of planning conference, due on November 12, 2008, has not been filed. The parties have agreed to continue the deadline for filing the planning conference report until after the court rules on the pending motion to amend the complaint.

IT THEREFORE HEREBY IS ORDERED: The deadline for filing the report of parties' planning conference is continued to December 19, 2008. Should any further extensions be required, the party needing additional time shall file a motion requesting a continuance.

DATED this 25th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge